**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hugo Armando LOMELI–MENCES, Defendant–Appellant.**

No. 07–50452.

United States Court of Appeals, Ninth Circuit.

Filed Sept. 30, 2009.

Jerry Alan Behnke, Assistant U.S., Office of the U.S. Attorney, Riverside, CA, Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Robison D. Harley, Jr., Esquire, Santa Ana, CA, for Defendant–Appellant.

Before: HARRY PREGERSON, SUSAN P. GRABER, and KIM McLANE WARDLAW, Circuit Judges.

### ORDER

The opinion filed on May 28, 2009, and published at 567 F.3d 501, is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit. The opinion is replaced by the

600

memorandum disposition filed concurrently with this order.

With the filing of the memorandum disposition, the petition for panel rehearing is DENIED. No further petitions for rehearing or petitions for rehearing en banc will be entertained.